vUNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Boylston Brookline LLC, ) | |
| c/o Lawson and Weitzen LLP ) | |
| 88 Black Falcon Ave, Ste 345 ) | |
| email dgentile@lawson-weitzen.com ) | |
| phone 17.439.4990 ) | **NOTICE OF REMOVAL** |
| *Plaintiff* ) | |
| | |
| *vs.* ) | Removed from |
| | |
| Pankaj Merchia, et al. ) | **STATE ACTION** |
| ) | Suffolk Superior Court |
| mail:18301 Bright Plume Ter ) | Docket # 2482cv01093 |
| Boyds, MD 20841 ) | |
| ) | complaint received by email on 12/4/24 |
| ALL MAIL: ) | |
| pmerchiaLegal@gmail.com ) | |
| cell 202-854-1988 ) | |
| *Defendant* ) | |

## VERIFIED NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURTS AND TO PLAINTIFF
AND HIS ATTORNEY OF RECORD:

   PLEASE TAKE NOTICE that under 28 U.S.C. §§ 1332(a), 1367(a), 1441 and
1446, Defendant Dr. Pankaj Merchia (hereafter "Defendant") removes the above
"State Action" to the United States District Court for the District of Massachusetts
in Boston. In support thereof, Defendant states as follows:

1. The Docket and filings Defendant received for the State Action are attached
   in Exhibit C.
2. Plaintiff is a citizen of the Commonwealth of Massachusetts.
3. Defendants Drs. Merchia are citizens of Florida.
4. Defendants Drs. Pendse are citizens of Maryland.
5. All Defendants assent to removal to this honorable Federal Court.
6. Diversity of Citizenship exists under 28 USC 1332(a).
7. The amount in controversy is in excess of $75,000.

8. The State Action was received less than 30 days ago (see above).
9. The court presiding over the State Action is located within the District of Massachusetts and thus, venue in this court is proper under 28 USC§§ 1441(a).

Wherefore, Defendant respectfully requests that the State Action be removed to this court, and that this honorable Federal Court exercise its jurisdiction over this action, and for such other relief as this honorable Federal Court may deem just and proper.

A Civil Cover Sheet and Motion for ECF Access in this "New Federal Case" created by removal of this case are attached hereto.

Once Defendant is granted permission for ECF, he will file a motion to proceed IFP.

LIST OF DOCUMENTS FILED

- Notice of Removal of State Action (this document)
- Exhibit A - Civil Cover Sheet for New Federal Case
- Exhibit B - Motion for ECF Access in New Federal Case
- Exhibit C – Docket and Complaint for State Action (part of this Notice of Removal)

Verificaiton: I attest, based upon personal knowledge, under penaly of perjury that the above stated facts are true and accurate.

Dated: December 30, 2024

Respectfully submitted,

P. Merchia

/s/ Pankaj Merchia, M.D.
pMerchiaLegal@gmail.com
all mail by email.

## Certificate of Service

I hereby certify that upon docketing I will cause a true and correct copy of this Notice of Removal to be sent to / filed with:

Suffolk County Superior Court via TylerHost eFile

dGentile@lawson-weitzen.com

/s/ Pankaj Merchia, M.D.